**STATEMENT OF RELATED CASES**

## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    NONE

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    N/A

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    N/A

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at IRVINE _____, California.

Dated 1/26/11 _____

/s/ Matthew C Browndorf
_____
*Debtor*
MATTHEW CHARLES BROWNDORF

_____
*Joint Debtor*

B 201 - Notice of Available Chapters (Rev. 12/08)                                                            USBC, Central District of California

Name:  HALLI B. HESTONQ

Address:  19700 FAIRCHILD ROAD, SUITE 200

IRVINE, CA 92612

Telephone: (949) 222-1041 _____ Fax: (949) 222-1043 _____

[X]  Attorney for Debtor
[ ]  Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br>MATTHEW CHARLES BROWNDORF | Case No.: |
| | **NOTICE OF AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.  **Services Available from Credit Counseling Agencies**

   **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

   **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

CCD-B201

2.    **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7:    Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

1.   Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2.   Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3.   The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4.   Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**
1.   Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2.   Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3.   After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3.    **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

B 201 - Notice of Available Chapters (Rev. 12/08)

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____
Printed name and title, if any, of Bankruptcy Petition Preparer
Address:

_____

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

MATTHEW CHARLES BROWNDORF_____
Printed Name(s) of Debtor(s)

/s/ Matthew C Browndorf    1/26/11
_____
Signature of Debtor          Date

Case No. (if known) _____

X _____
Signature of Joint Debtor (if any)  Date

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## Central District of California

In re    Matthew C. Browndorf _____    Case No. _____

_____ Debtor

Chapter ___7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 600,000.00 | | |
| B – Personal Property | YES | 3 | $ 82,213.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 854,500.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $ 139,076.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 23 | | $6,023,313.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 5 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 20,000.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 21,572.00 |
| TOTAL | | 42 | $ 682,213.00 | $7,016,889.00 | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

# United States Bankruptcy Court

### Central District of California

In re    Matthew C. Browndorf

Debtor

Case No. _____

Chapter ____7____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $   N.A. |
| Average Expenses (from Schedule J, Line 18) | $   N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   N.A. |
| 4.  Total from Schedule F | | $   N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   N.A. |

**B6A (Official Form 6A) (12/07)**

In re  Matthew C. Browndorf _____     Case No. _____
      **Debtor**                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Real Property<br><br>5 Williamson Lane<br>Lambertville, NJ 08530 | Fee Simple | | 600,000.00 | 837,000.00 |
| | | Total ➤ | 600,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

**B6B (Official Form 6B) (12/07)**

In re   Matthew C. Browndorf                                        Case No. _____
              **Debtor**                                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand<br>In debtor's possession | | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank account maintained at City National Bank<br>Business bank account maintained at City National Bank<br>Bank account maintained at Bank of America | | 800.00<br>2,300.00<br><br>0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit maintained with Spectrum Realty of $4,000 | | 0.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Home furnishings, appliances, etc.<br>In debtor's possession | | 5,000.00 |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, pictures, etc.<br>In debtor's possession | | 500.00 |
| 6. Wearing apparel. | | Clothing and apparel<br>In debtor's possession | | 10,000.00 |
| 7. Furs and jewelry. | | Jewelry<br>In debtor's possession | | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Sports and other hobby equipment<br>In debtor's possession | | 1,000.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

In re   Matthew C. Browndorf_____    Case No. _____
                                  **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | | Browndorf PEM, LLC<br>Business is closed with substantial liabilities.<br><br>Browndorf Insurance Services, LLC<br>Business is closed with substanital liabilities.<br><br>Browndorf Financial Services Company<br>Business is closed with substantial liabilities.<br><br>2 member units of Louisiana Film Finance LLC dba 7 Arts<br>Value is based on amount invested.<br><br>Miscellaneous business assets including accounts receivable of $12,000 less advanced fees of $7,500 | | 0.00<br><br>0.00<br><br>0.00<br><br>30,000.00<br><br>4,500.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B6B (Official Form 6B) (12/07) – Cont.    Case 8:11-bk-11114-TA    Doc 8    Filed 01/26/11    Entered 01/26/11 16:59:42    Desc

Main Document     Page 10 of 90

In re   Matthew C. Browndorf                        Case No. _____

             **Debtor**                                                   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 BMW 750il with approx. 65,000 miles In debtor's possession | | 22,013.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Approximately 22 hours work in progress | | 5,000.00 |

                     ___0___     continuation sheets attached     Total     $     82,213.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B6C (Official Form 6C) (04/10)

In re  Matthew C. Browndorf                                          Case No. _____
                 **Debtor**                                                        **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                    ☐  Check if debtor claims a homestead exemption that exceeds
☑   11 U.S.C. § 522(b)(3)                        $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2006 BMW 750il with approx. 65,000 miles | C.C.P. 703.140(b)(2)<br>C.C.P. 703.140(b)(5) | 3,525.00<br>988.00 | 22,013.00 |
| Cash on hand | C.C.P. 703.140(b)(5) | 100.00 | 100.00 |
| Bank account maintained at City National Bank | C.C.P. 703.140(b)(5) | 800.00 | 800.00 |
| Home furnishings, appliances, etc. | C.C.P. 703.140(b)(3) | 5,000.00 | 5,000.00 |
| Books, pictures, etc. | C.C.P. 703.140(b)(3) | 500.00 | 500.00 |
| Clothing and apparel | C.C.P. 703.140(b)(3) | 10,000.00 | 10,000.00 |
| Jewelry | C.C.P. 703.140(b)(4) | 1,000.00 | 1,000.00 |
| Sports and other hobby equipment | C.C.P. 703.140(b)(3) | 1,000.00 | 1,000.00 |
| 2 member units of Louisiana Film Finance LLC dba  7 Arts | C.C.P. 703.140(b)(5) | 11,762.00 | 30,000.00 |
| Business bank account maintained at City National Bank | C.C.P. 703.140(b)(5) | 2,300.00 | 2,300.00 |
| Miscellaneous business assets including accounts receivable of $12,000 less advanced fees of $7,500 | C.C.P. 703.140(b)(5)<br>C.C.P. 703.140(b)(6) | 2,300.00<br>2,200.00 | 4,500.00 |
| Approximately 22 hours work in progress | C.C.P. 703.140(b)(5) | 5,000.00 | 5,000.00 |
|  | Total exemptions claimed: | 46,475.00 |  |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**B6D (Official Form 6D) (12/07)**

In re _____,        Case No. _____
     Matthew C. Browndorf
          **Debtor**                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

  List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

  If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

  If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

  Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Beneficial Mortgage<br>PO Box 3425<br>Buffalo, NY 14240 | | | Incurred: 5/2004<br>Lien: 3rd Deed of Trust<br>Security: Rental Property<br><br>VALUE $ 600,000.00 | | | | 29,000.00 | 29,000.00 This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br><br>National City Mortgage<br>PO Box 1943<br>Richmond, IN 47375 | | | Incurred: 4/2004<br>Lien: 2nd Deed of Trust<br>Security: Rental Property<br><br>VALUE $ 600,000.00 | | | | 128,000.00 | 128,000.00 This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br><br>Santander Consumer USA<br>P.O. Box 562088, Suite 900-N<br>Dallas, TX 75247 | | | Incurred: 8/2010<br>Lien: PMSI in vehicle < 910 days<br>Security: 2006 BMW 750<br><br>VALUE $ 22,218.00 | | | | 17,500.00 | 0.00 |

   _1_ continuation sheets attached

Subtotal ▶    $ 174,500.00    $157,000.00
(Total of this page)

Total ▶    $    $
(Use only on last page)

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

**B6D (Official Form 6D) (12/07) – Cont.**

In re  Matthew C. Browndorf                                    ,          Case No. _____
                    **Debtor**                                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Saxon Mortgage<br>PO Box 161489<br>Ft. Worth, TX 76161-1489 | | | Incurred: 4/2009<br>Lien: Deed of Trust<br>Security: Rental Property<br><br>VALUE $ 600,000.00 | | | | 680,000.00 | 80,000.00 |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s)<br>(Total(s) of this page) | $ 680,000.00 | $ 80,000.00 |
| Total(s)<br>(Use only on last page) | $ 854,500.00 | $ 237,000.00 |
| | (Report also on<br>Summary of Schedules) | (If applicable, report<br>also on Statistical<br>Summary of Certain<br>Liabilities and Related<br>Data.) |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B6E (Official Form 6E) (04/10)

In re_____,     Case No._____
Matthew C. Browndorf
              Debtor                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☑  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

**B6E (Official Form 6E) (04/10) - Cont.**

In re____Matthew C. Browndorf_____,     Case No._____
                                   Debtor                                                                          (if known)

☐  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-30ZY-05410 - Acrobat PDFWriter

___2___ **continuation sheets attached**

B6E (Official Form 6E) (04/10) - Cont.

In re  Matthew C. Browndorf_____,    Case No. _____
                                    **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)          Sec. 507(a)(1)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Stacey Shaw<br>610 Monte Vista<br>Irvine, CA 92602 | | | Consideration: Spousal Support/Property Equalication | | | | 121,000.00 | 121,000.00 | 0.00 |
| ACCOUNT NO.<br><br> | | | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | | | |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal
(Totals of this page)          ➤  $ 121,000.00   $ 121,000.00   $  0.00

Total
(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)          ➤  $

Totals
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)          ➤  $          $          $

B6E (Official Form 6E) (04/10) - Cont.

In re  Matthew C. Browndorf _____ ,        Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> EDD <br> PO Box 826880 <br> MIC 04 <br> Sacramento, CA 94280-0001 | X | | Incurred: 2010 <br> Consideration: <br> BPEM debt | | | | 18,076.00 | 18,076.00 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Totals of this page) | $ 18,076.00 | $ | $ |
| Total <br> (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 139,076.00 | | |
| Totals <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 139,076.00 | $ 0.00 |

**B6F (Official Form 6F) (12/07)**

In re ___Matthew C. Browndorf_____,    Case No. _____

                **Debtor**                                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>100 Bayview Riverrock<br>100 Bayview Circle<br>Newport Beach, CA 92660 | X | | Incurred: 2010<br>Consideration: BPEM Office Lease | | | | 54,940.00 |
| ACCOUNT NO.<br><br>ACS<br>PO Box 7051Utica, NY<br>13054-7051 | | | Incurred: 1989-1998<br>Consideration: Student Loan | | | | 135,000.00 |
| ACCOUNT NO.<br><br>American Collection Systems, Inc.<br>PO Box 1968<br>Southgate, MI 48195 | | | Incurred: 5/2005<br>Consideration: Ex-Wife's Car | | | | 2,500.00 |
| ACCOUNT NO.<br><br>Ampco Parking Office<br>501 Bayview Circle, Box 8<br>Newport Beach, CA 92660 | X | | Incurred: 2010<br>Consideration: BPEM debt | | | | 280.00 |

___22___continuation sheets attached

Subtotal ➤    $     192,720.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Matthew C. Browndorf_____,          Case No. _____
                **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Andrew Miller <br> 1453 Great Plain Ave <br> Needham, MA 2497 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO. <br><br> Anna Zacaddo <br> Address unknown | | | Incurred: 5/2010 <br> Consideration: Business Loan | | | | 6,000.00 |
| ACCOUNT NO. <br><br> August Law Group <br> 19200 Von Karman Ave., Ste 900 <br> Irvine, CA 92612 | X | | Incurred: 5/2008 <br> Consideration: BPEM Legal fees | | | | 59,409.00 |
| ACCOUNT NO. <br><br> Bank of America <br> LTD Financial Services, LP <br> 7322 Southwest Fwy, Ste 1600 <br> Houston, TX 77074 | X | | Incurred: 8/2010 <br> Consideration: BPEM debt | | | | 1,080.00 |
| ACCOUNT NO. <br><br> Bank of America <br> LTD Financial Svcs, LP <br> 7322 Southwest Freeway #1600 <br> Houston, TX 77074 | | | Incurred: 8/2010 <br> Consideration: Credit Card Debt (Unsecured) | | | | 930.00 |

Sheet no. __1__ of __22__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   67,419.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-0S410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Matthew C. Browndorf_____ ,          Case No. _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Betsy Brauer<br>1808 Whiting Drive<br>Raleigh, NC 27614 | | | Incurred: 12/2007<br>Consideration: BPEM recission | | | | 15,000.00 |
| ACCOUNT NO.<br><br>Big Picture Productions, LLC<br>227 Muirfield Road<br>Los Angeles, CA 90004 | | | Incurred: 8/2009<br>Consideration: BPEM film contract | | | | 250,000.00 |
| ACCOUNT NO.<br><br>BMW Card Services<br>PO Box 9210<br>Old Bethage, NY 11804 | | | Incurred: 7/2005<br>Consideration: Credit Card Debt (Unsecured) | | | | 5,402.00 |
| ACCOUNT NO.<br><br>Bob Brauer<br>1808 Whiting Drive<br>Raleigh, NC 27614 | | | Incurred: 12/2007<br>Consideration: BPEM recission | | | | 35,000.00 |
| ACCOUNT NO.<br><br>Bob Koe<br>8860 Chesapeake Ct.<br>Oak Creek, WI 53154 | | | Consideration: Notice Only | | | | Notice Only |

Sheet no. 2 of 22 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   305,402.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re ___Matthew C. Browndorf_____,    Case No. _____
          **Debtor**          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bonnie Browndorf<br>126 Lakeshore Road<br>Chazy, NY 12921 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO.<br><br>BPEM<br>100 Bayview Circle, Ste 2060<br>Newport Beach, CA 92660 | | | Incurred: 2007-2009<br>Consideration: Loans against earnings | | | | 400,000.00 |
| ACCOUNT NO.<br><br>Brett and Rona Harman<br>506 Mercer Rd<br>Merion Stat, PA 19066 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO.<br><br>Bruce Cameron<br>211 Escobar Place<br>San Ramon, CA 94583 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO.<br><br>Bryan Cave, LLP<br>1290 Avenue of the Americas<br>New York, NY 10104-3300 | | | Incurred: 8/2010<br>Consideration: Business debt | | | | 25,000.00 |

Sheet no. __3__ of __22__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $     425,000.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Matthew C. Browndorf                              ,       Case No. _____
    **Debtor**                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CBE<br>4 Mason #A<br>Irvine, CA 92618 | X | | Incurred: 2010<br>Consideration: BPEM Copier Service | | | | 112.00 |
| ACCOUNT NO.<br><br>Chase<br>PO Box 94014<br>Palatine, IL 60094-4014 | | | Consideration: Credit Card Debt (Unsecured) | | | | Notice Only |
| ACCOUNT NO.<br><br>Christine Mertz<br>Address unknown | | | Incurred: 8/2006<br>Consideration: Business Loan | | | | 60,000.00 |
| ACCOUNT NO.<br><br>Citi Financial Services<br>PO Box 70981<br>Charlotte, NC 28272 | | | Incurred: 5/2006<br>Consideration: Business debt | | | | 1,807.00 |
| ACCOUNT NO.<br><br>Cohen Tauber Spievack and Wagner<br>420 Lexington Ave., Ste 4200<br>New York, NY 10170 | | | Incurred: 3/2007<br>Consideration: Pending Claim | | | | 150,000.00 |

Sheet no. __4__ of __22__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    211,919.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re   Matthew C. Browndorf_____,        Case No. _____
               **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Cox Business Solutions<br>29947 Avenida de Las Banderas<br>RSM, CA 92688 | X | | Incurred: 7/2010<br>Consideration: BPEM debt | | | | 3,000.00 |
| ACCOUNT NO.<br><br>Craig and Amy Deustch<br>432 East Sedgwick St.<br>Philadelphia, PA 19144 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO.<br><br>Custom Logos<br>7889 Clairmont Mesa Blvd.<br>San Diego, CA 92111 | X | | Incurred: 2008<br>Consideration: BPEM debt | | | | 3,726.00 |
| ACCOUNT NO.<br><br>David Bradburne<br>18022 Cowan #203c<br>Irvine, CA 96814 | | | Incurred: 2/2010<br>Consideration: Failed boat lease | | | | 100,000.00 |
| ACCOUNT NO.<br><br>Davidson Advisory Group<br>10681 Foothill Blvd., Ste 301<br>Rancho Cucamonga, CA 91730 | X | | Incurred: 5/2008<br>Consideration: BPEM debt | | | | 300,000.00 |

Sheet no. __5__ of __22__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   406,726.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re   Matthew C. Browndorf_____ ,          Case No. _____
                 **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DBM<br>c/o Foley & Lardner, LLP<br>555 S Flower St., Ste 3500<br>Los Angeles, CA 90071 | X | | Incurred: 2010<br>Consideration: BPEM Office lease | | | | 150,000.00 |
| ACCOUNT NO.<br><br>De Lage<br>145 Bradford Drive<br>West Berlin, NJ 08091 | X | | Incurred: 2009-2010<br>Consideration: BPEM Copier | | | | Unknown |
| ACCOUNT NO.<br><br>Diamond & Diamond, P.A.<br>225 Milburn Ave., Ste 208<br>Milburn, NJ 07041 | | | Incurred: 6/2010<br>Consideration: Legal Fees | | | | 9,805.00 |
| ACCOUNT NO.<br><br>Discover<br>PO Box 30943<br>Salt Lake City, UT 84130 | | | Incurred: 6/2005<br>Consideration: Credit Card Debt (Unsecured) | | | | 5,000.00 |
| ACCOUNT NO.<br><br>Don and Sheila Chaifetz<br>PO Box 1281<br>West Hampton, NY 11977 | | | Consideration: Notice Only | | | | Notice Only |

Sheet no. __6__ of __22__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          164,805.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Matthew C. Browndorf_____,     Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Douglas Jacobsen<br>21800 Burbank Blvd.<br>Woodland Hills, CA 91365 | X | | Incurred: 2010<br>Consideration: BPEM and BIS debt | | | | 275,000.00 |
| ACCOUNT NO.<br><br>Drake Beam Morin, Inc.<br>c/o Foley & Lardner LLP<br>555 South Flower Street, Suite 3500<br>Los Angeles, CA 90071 | | | Incurred: 1/2008<br>Consideration: Business lease | | | | 257,000.00 |
| ACCOUNT NO.<br><br>Dwayne Gross<br>Address unknown | X | | Incurred: 2007-2008<br>Consideration: Business Loan and Investments | | | | 100,000.00 |
| ACCOUNT NO.<br><br>Emily Miller<br>1600 North Oak St., Ste 1218<br>Arlington, VA 22209 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO.<br><br>ER Solutions, Inc.<br>800 SW 39th St.<br>PO Box 9004<br>Renton, WA 98057 | | | Consideration: Collection agent | | | | Notice Only |

Sheet no. _7_ of _22_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  |  $  632,000.00

Total ➤  |  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Matthew C. Browndorf                                ,          Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Federal Express<br>PO Box 7221<br>Pasadena, CA 91109 | X | | Incurred: 8/2010<br>Consideration: BPEM debt | | | | 35.00 |
| ACCOUNT NO.<br><br>First Premier Bank<br>PO Box 5519<br>Sioux Falls, SD  57115-5519 | | | Incurred: 10/2010<br>Consideration: Unsecured debt | | | | 336.00 |
| ACCOUNT NO.<br><br>Geoffrey and Amanda Mueller<br>8708 Maplestead Dr<br>Raleigh, NC 27615 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO.<br><br>George and Linda Gawf<br>25831 N Palomino Tr.<br>Scottsdale, AZ 85255 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO.<br><br>Greg Seifert<br>PO Box 32955<br>Tucson, AZ 85751 | X | | Incurred: 2/2007<br>Consideration: Business Loan | | | | 100,000.00 |

Sheet no. __8__ of __22__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  |  $  | 100,371.00

Total ➤  |  $  |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re   Matthew C. Browndorf                                    ,     Case No. _____
             **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Harmon Kaslow<br>23901 Calabasas Rd., #1078<br>Calabasas, CA 91302 | X | | Incurred: 2010<br>Consideration: BPEM/BIS Employees | | | | 100,000.00 |
| ACCOUNT NO. <br><br>Hills at Hunterdon Comm Assoc.<br>c/o Stark & Stark<br>993 Lenox Drive<br>Lawrenceville, NJ 08648 | | | Incurred: 7/2005<br>Consideration: HOA | | | | Unknown |
| ACCOUNT NO. <br><br>HSBC<br>PO Box 5894<br>Carol Stream, IL 60197-5894 | | | Incurred: 7/2005<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 4,622.00 |
| ACCOUNT NO. <br><br>HSBC<br>PO Box 60102<br>City of Industry, CA 91716 | | | Incurred: 7/2005<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 685.00 |
| ACCOUNT NO. <br><br>Ian and Lisa (Rubisch) Kerner<br>2 Prince St., Ste 3B<br>New York, NY 10012 | | | Consideration: Notice Only | | | | Notice Only |

Sheet no. __9__ of __22__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 105,307.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re    Matthew C. Browndorf_____,    Case No. _____
   **Debtor**              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Irv Einhorn<br>1710 10th Street<br>Manhattan Beach, CA 90266 | X | | Incurred: 8/2010<br>Consideration: BPEM debt | | | | 3,020.00 |
| ACCOUNT NO.<br><br>Jack Cornman<br>Cornman & Swartz<br>19800 McArthur Blvd., Ste 800<br>Irvine, CA 92612 | X | | Incurred: 12/2007<br>Consideration: BPEM Legal fees | | | | 30,000.00 |
| ACCOUNT NO.<br><br>James O'Toole<br>1637 Pelham Pkwy North<br>Bronx, NY 10469 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO.<br><br>Jamie Speirs<br>19 Flagstone<br>Coto de Caza, CA 92679 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO.<br><br>Jason Martin, Esq.<br>725 Skippack Pike, Ste 337<br>Blue Bell, PA 19422 | | | Incurred: 5/2010<br>Consideration: Business debt | | | | 712.00 |

Sheet no. __10__ of __22__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   33,732.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re   Matthew C. Browndorf_____ ,          Case No. _____
                    **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jason Salazar<br>LA Sound Gallery<br>4403 West Magnolia Blvd<br>Burbank, CA 91505 | | | Consideration: BPEM/MCB business loan | | | | Notice Only |
| ACCOUNT NO.<br><br>Jeffrey Chaifetz<br>4015 Carmel View Rd., Ste 186<br>San Diego, CA 92130 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO.<br><br>Jeffrey Rothman<br>23 Dublin Hill Road<br>Greenwich, CT 06830 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO.<br><br>Jennifer Nichols<br>56 Hummingbird Lane<br>Laguna Beach, CA 92651 | | | Incurred: 4/2010<br>Consideration: Business Loan | | | | 18,000.00 |
| ACCOUNT NO.<br><br>Jonathan Sadowsky<br>5337 Stonehurst Dr.<br>Martinez, CA 94553-9724 | | | Incurred: 2008-2010<br>Consideration: business debt | | | | 100,000.00 |

Sheet no. __11__ of __22__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   118,000.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re   Matthew C. Browndorf                                    ,        Case No. _____
              **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Joseph and Nina (Chaifetz) Levine<br>537 North Greenbush Rd.<br>Blauvelt, NY 10913 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO.<br><br>Kelly Tretter<br>92 Corporate Park #C133<br>Irvine, CA 92606 | X | | Incurred: 8/2010<br>Consideration: BPEM debt | | | | 7,650.00 |
| ACCOUNT NO.<br><br>LA Sound Gallery<br>4403 West Magnolia blvd.<br>Burbank, CA 91505 | | | Consideration: BPEM/MCB business loan | | | | 300,000.00 |
| ACCOUNT NO.<br><br>Labor Board, Craig Taggart<br>605 West Santa Aan Blvd.<br>RM 625, Bldg 28<br>Santa Ana, CA 92701 | X | | Incurred: 11/2010<br>Consideration: BPEM Employee Claim | | | | 27,330.00 |
| ACCOUNT NO.<br><br>Labor Board, William Kopko<br>605 West Santa Ana Blvd.<br>Rm 625, Bldg. 28<br>Santa Ana, CA 92701 | X | | Incurred: 8/2010<br>Consideration: BPEM Employee Claim | | | | 5,192.00 |

Sheet no. __12__ of __22__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    340,172.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Matthew C. Browndorf_____,        Case No. _____
                **Debtor**                                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Labor Board-Xiaohua Genest<br>605 West Santa Ana Blvd.<br>Rm 625, Bldg 28<br>Santa Ana, CA 92701 | X | | Incurred: 8/2010<br>Consideration: BPEM debt | | | | 9,375.00 |
| ACCOUNT NO.<br>Lake Warren Partnership<br>Address unknown | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO.<br>Larry Freeman<br>Address unknown | | | Incurred: 5/2008<br>Consideration: BPEM advance | | | | 145,000.00 |
| ACCOUNT NO.<br>Law Offices of Steven P. Monaghan<br>240 Half Mile Road<br>Red Bank, NJ 07701 | | | Incurred: 6/2010<br>Consideration: Ex-Spouse's Attorney's Fees | | | | 1,522.00 |
| ACCOUNT NO.<br>Live Office<br>2780 Skypark Dr., Ste 300<br>Torrence, CA 90505 | X | | Incurred: 9/2010<br>Consideration: BPEM debt | | | | 3,200.00 |

Sheet no. _13_ of _22_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $      159,097.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re   Matthew C. Browndorf                                        ,          Case No. _____
                        **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lloyd Hames<br>Oswald & Yap, LLP<br>16148 Sand Canyon Ave.<br>Irvine, CA 92618 | X | | Incurred: 5/2001<br>Consideration: Business Loan | | | | 300,000.00 |
| ACCOUNT NO.<br><br>Manijeh Nan Kargahi<br>1638 South Taylor St<br>Arlington, VA 22204 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO.<br><br>Marina Bradberry<br>1861 West Derringer Way<br>Chandler, AZ 85286 | | | Incurred: 8/2010<br>Consideration: Rent | | | | 17,900.00 |
| ACCOUNT NO.<br><br>Mark and Debbie Ragusa<br>1620 Greatwoods Rd<br>Wake Forest, NC 27587 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO.<br><br>Matt Salazar<br>LA Sound Gallery<br>4403 West Magnolia Blvd<br>Burbank, CA 91505 | | | Consideration: BPEM/MCB business loan | | | | Notice Only |

Sheet no.   14   of   22   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     317,900.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re    Matthew C. Browndorf                                        ,    Case No. _____
　　　　　　**Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Mellon Webster and Shelly<br>87 North Broad St<br>Doylestown, PA 18901 | | | Incurred: 5/2008<br>Consideration: Legal Fees | | | | 3,000.00 |
| ACCOUNT NO.<br>Melodie and James Graham<br>720 Topaz Court<br>Seneca, SC 29672 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO.<br>Melvin Browndorf<br>1126 Lakeshore Road<br>Chazy, NY 12921 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO.<br>Michelle Seward<br>23822 Valencia Blvd., Ste 203<br>Valencia, CAC 91355 | X | | Incurred: 8/2009<br>Consideration: BPEM and BIS Investments | | | | 200,000.00 |
| ACCOUNT NO.<br>National Brokerage<br>6225 N Meeker Place, Ste 100<br>Boise, ID 83713-1579 | X | | Incurred: 8/2009<br>Consideration: BPEM and BIS debt | | | | 255,000.00 |

Sheet no. __15__ of __22__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 458,000.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Matthew C. Browndorf                        ,          Case No. _____
              **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NCO  Financial Services<br>507 Prudential Rd<br>Horsham, PA 19044 | | | Consideration: Collection agent | | | | Notice Only |
| ACCOUNT NO.<br><br>NCR-eRecovery<br>PO Box 4219<br>506 Manchester Exp., Ste A-12<br>Columbus, GA 31914 | | | Incurred: 8/2010<br>Consideration: Business debt | | | | 3,560.00 |
| ACCOUNT NO.<br><br>Opex<br>PO Box 6498<br>Carol Stream, IL 60197 | X | | Incurred: 2010<br>Consideration: BPEM debt | | | | 29.00 |
| ACCOUNT NO.<br><br>Per-Anders Wendin<br>130 Maple Drive North<br>Hendersonville, TN 37075 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO.<br><br>Pete and Jeanne Hubbell<br>41 Old Post Road N<br>Red Hook, NY 12571 | | | Consideration: Notice Only | | | | Notice Only |

Sheet no. _16_ of _22_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    3,589.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re   Matthew C. Browndorf                                    ,          Case No. _____
           **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Peter Hoffman, CEO<br>6161 Sunset Blvd., Ste 512<br>Hollywood, CA 90028 | | | Incurred: 7/2010<br>Consideration: Investment | | | | 10,000.00 |
| ACCOUNT NO.<br><br>Pitney Bowes<br>c/o Caine & Weber<br>21210 Erwin St<br>Woodland Hills, CA 91367 | X | | Consideration: BPEM debt | | | | 550.00 |
| ACCOUNT NO.<br><br>Pradeep Kanojia<br>c/o Solomon Blum Heymann & Stitch<br>40 Wall St., 35th Floor<br>New York, NY 1005 | X | | Incurred: 3/2009<br>Consideration: Business debt | | | | 118,000.00 |
| ACCOUNT NO.<br><br>Rachel Rawes<br>c/o Penglase & Benson Inc.<br>110 North Main St<br>Doylestown, PA 18901 | | | Incurred: 3/2006<br>Consideration: Business Claim | | | | 40,000.00 |
| ACCOUNT NO.<br><br>Randy Katz<br>Baker Hostetler<br>600 Anton Blvd., Ste 900<br>Costa Mesa, CA 92626 | X | | Incurred: 8/2010<br>Consideration: BPEM debt | | | | 25,000.00 |

Sheet no. __17__ of __22__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 193,550.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Matthew C. Browndorf_____,    Case No. _____
        **Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Regus Management Group, LLC<br>PO Box 842456<br>Dallas, TX 75284-2456 | | | Incurred: 5/2010<br>Consideration: Business debt | | | | 2,500.00 |
| ACCOUNT NO.<br><br>Regus Management Group, LLC<br>PO Box 842456<br>Dallas, TX 75284-2456 | X | | Incurred: 5/2010<br>Consideration: BFSG debt | | | | 5,500.00 |
| ACCOUNT NO.<br><br>Regus Management Group, LLC<br>PO Box 842456<br>Dallas, TX 75284-2456 | X | | Incurred: 5/2010<br>Consideration: BPEM debt | | | | 2,600.00 |
| ACCOUNT NO.<br><br>Robert Feldhake<br>650 Town Center Drive<br>Suite 1590<br>Costa Mesa, CA 92626 | | | Incurred: 2009-2010<br>Consideration: Business attorney fees | | | | 800,000.00 |
| ACCOUNT NO.<br><br>Shadi Rafat<br>8 Evensen Lane<br>Irvine, CA 92603 | | | Consideration: Notice Only | | | | Notice Only |

Sheet no. __18__ of __22__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 810,600.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Matthew C. Browndorf_____,      Case No. _____
              **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Shell Credit Card<br>PO Box 6406<br>Sioux Falls, SD 57117 | | | Incurred: 7/2005<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 1,413.00 |
| ACCOUNT NO.<br><br>Steven Deustch<br>1400 River Road<br>New Hope, PA 18938 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO.<br><br>Strategic Asset Management<br>626 Rexcorp Plaza<br>Uniondale, NY 11556 | | | Incurred: 10/2008<br>Consideration: BPEM hedge fund account | | | | 5,000.00 |
| ACCOUNT NO.<br><br>Taaaal Media LLC<br>4403 West Magnolia Blvd.<br>Burbank, CA 91505 | | | Consideration: BPEM/MCB business loan | | | | Notice Only |
| ACCOUNT NO.<br><br>TD Bank<br>PO Box 1190<br>Lewistown, ME 04243 | | | Incurred: 8/2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 418.00 |

Sheet no. __19__ of __22__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $     6,831.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re   Matthew C. Browndorf_____,        Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Tracey Parker <br> 157 East Pomona St <br> Philadelphia, PA 19144 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO. <br><br> Triton Leaf, Greg Leakley, Greg Roper <br> 9660 Chaumont Lane <br> Charlotte, NC 28277 | | | Incurred: 8/2009 <br> Consideration: Business Loan | | | | 100,000.00 |
| ACCOUNT NO. <br><br> United Corporate Services <br> Ten Banks Street, Ste. 560 <br> White Plains, NY 10606 | X | | Incurred: 2010 <br> Consideration: Browndorf Financial Services Group | | | | 180.00 |
| ACCOUNT NO. <br><br> US Bank <br> 800 Nicollet Mall <br> Minneapolis, MN 55402 | X | | Incurred: 5/2010 <br> Consideration: BFSG and BIS debt | | | | 1,000.00 |
| ACCOUNT NO. <br><br> Venable LLP <br> PO Box 630798 <br> Baltimore, MD 21263 | X | | Incurred: 3/2010 <br> Consideration: BPEM Legal Fees | | | | 77,832.00 |

Sheet no. _20_ of _22_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 179,012.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Matthew C. Browndorf _____,   Case No. _____
        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Walter and Judith Rothman <br> 24 Dublin Hill Road <br> Greenwich, CT 06831 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO. <br><br> Western Commercial Bank <br> 21550 Oxnard Street <br> Suite 100 <br> Woodland Hills, CA 91367 | X | | Incurred: 12/2009 <br> Consideration: Personally Guaranteed business debt | | | | 688,000.00 |
| ACCOUNT NO. <br><br> William Lundy <br> 96 Canopy <br> Irvine, CA 92603 | X | | Incurred: 8/2010 <br> Consideration: BPEM Employee | | | | 80,000.00 |
| ACCOUNT NO. <br><br> Wilma Deustch <br> 1400 River Road <br> New Hope, PA 18938 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO. <br><br> Winthrop & Weinstine, PA <br> 225 South Sixth St., Ste 3500 <br> Minneapolis, MN 55402 | X | | Incurred: 2010 <br> Consideration: BPEM and BIS debt | | | | 15,000.00 |

Sheet no. __21__ of __22__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $  783,000.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Matthew C. Browndorf                               ,        Case No. _____
         **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Wright Ford Young & Co.<br>16140 Sand Canyon Ave.<br>Irvine, CA 92618 | X | | Incurred: 12/2008<br>Consideration: BPEM Accountant | | | | 8,161.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 22 of 22 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 8,161.00

Total ► $ 6,023,313.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B6G (Official Form 6G) (12/07)

In re **Matthew C. Browndorf**                                    Case No. _____
                              **Debtor**                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the
names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or
contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe,
guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

**B6H (Official Form 6H) (12/07)**

In re  Matthew C. Browndorf                                    Case No. _____
_____
      **Debtor**                                                                    **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Browndorf PEM, LLC<br>Browndorf Insurance Services, LLC<br>Browndorf Financial Services Group | Western Commercial Bank<br>21550 Oxnard Street<br>Suite 100<br>Woodland Hills, CA 91367 |
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | Greg Seifert<br>PO Box 32955<br>Tucson, AZ 85751 |
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | Pradeep Kanojia<br>c/o Solomon Blum Heymann & Stitch<br>40 Wall St., 35th Floor<br>New York, NY 1005 |
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | Dwayne Gross |
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | Lloyd Hames<br>Oswald & Yap, LLP<br>16148 Sand Canyon Ave.<br>Irvine, CA 92618 |
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | De Lage<br>145 Bradford Drive<br>West Berlin, NJ 08091 |
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | Wright Ford Young & Co.<br>16140 Sand Canyon Ave.<br>Irvine, CA 92618 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

**B6H (Official Form) (12/07) -- Cont.**

In re Matthew C. Browndorf _____    Case No. _____
        **Debtor**           **(if known)**

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | Labor Board, Craig Taggart<br>605 West Santa Aan Blvd.<br>RM 625, Bldg 28<br>Santa Ana, CA 92701 |
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | Labor Board, William Kopko<br>605 West Santa Ana Blvd.<br>Rm 625, Bldg. 28<br>Santa Ana, CA 92701 |
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | William Lundy<br>96 Canopy<br>Irvine, CA 92603 |
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | Federal Express<br>PO Box 7221<br>Pasadena, CA 91109 |
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | Venable LLP<br>PO Box 630798<br>Baltimore, MD 21263 |
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | Randy Katz<br>Baker Hostetler<br>600 Anton Blvd., Ste 900<br>Costa Mesa, CA 92626 |
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | August Law Group<br>19200 Von Karman Ave., Ste 900<br>Irvine, CA 92612 |
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | Opex<br>PO Box 6498<br>Carol Stream, IL 60197 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., - ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

**B6H (Official Form) (12/07) -- Cont.**

In re Matthew C. Browndorf _____    Case No. _____

          **Debtor**                                                    **(if known)**

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | Ampco Parking Office<br>501 Bayview Circle, Box 8<br>Newport Beach, CA 92660 |
| Browndorf Financial Services Group<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | United Corporate Services<br>Ten Banks Street, Ste. 560<br>White Plains, NY 10606 |
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | Custom Logos<br>7889 Clairmont Mesa Blvd.<br>San Diego, CA 92111 |
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | Kelly Tretter<br>92 Corporate Park #C133<br>Irvine, CA 92606 |
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | Bank of America<br>LTD Financial Services, LP<br>7322 Southwest Fwy, Ste 1600<br>Houston, TX 77074 |
| Browndorf Financial Services Group<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | Regus Management Group, LLC<br>PO Box 842456<br>Dallas, TX 75284-2456 |
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | Regus Management Group, LLC<br>PO Box 842456<br>Dallas, TX 75284-2456 |
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | Davidson Advisory Group<br>10681 Foothill Blvd., Ste 301<br>Rancho Cucamonga, CA 91730 |

**B6H (Official Form) (12/07) -- Cont.**

In re Matthew C. Browndorf _____   Case No. _____
                    **Debtor**                                                   **(if known)**

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | Cox Business Solutions<br>29947 Avenida de Las Banderas<br>RSM, CA 92688 |
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | Live Office<br>2780 Skypark Dr., Ste 300<br>Torrence, CA 90505 |
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | EDD<br>PO Box 826880<br>MIC 04<br>Sacramento, CA 94280-0001 |
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | CBE<br>4 Mason #A<br>Irvine, CA 92618 |
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | DBM<br>c/o Foley & Lardner, LLP<br>555 S Flower St., Ste 3500<br>Los Angeles, CA 90071 |
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | 100 Bayview Riverrock<br>100 Bayview Circle<br>Newport Beach, CA 92660 |
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | Pitney Bowes<br>c/o Caine & Weber<br>21210 Erwin St<br>Woodland Hills, CA 91367 |
| Browndorf PEM, LLC<br>Browndorf Insurance Services<br>100 Bayview Circle, Suite 2060<br>Newport Beach, CA 92660 | Winthrop & Weinstine, PA<br>225 South Sixth St., Ste 3500<br>Minneapolis, MN 55402 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B6H (Official Form) (12/07) -- Cont.

In re Matthew C. Browndorf _____    Case No. _____

Debtor                                                        (if known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Browndorf Financial Services Group<br>Browndorf Insurance Services<br>100 Bayview Circle, Suite 2060<br>Newport Beach, CA 92660 | US Bank<br>800 Nicollet Mall<br>Minneapolis, MN 55402 |
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | Irv Einhorn<br>1710 10th Street<br>Manhattan Beach, CA 90266 |
| Browndorf PEM, LLC<br>Browndork Insurance Services<br>100 Bayview Circle, Suite 2060<br>Newport Beach, CA 92660 | Michelle Seward<br>23822 Valencia Blvd., Ste 203<br>Valencia, CAC 91355 |
| Browndorf PEM, LLC<br>Browndork Insurance Services<br>100 Bayview Circle, Suite 2060<br>Newport Beach, CA 92660 | National Brokerage<br>6225 N Meeker Place, Ste 100<br>Boise, ID 83713-1579 |
| Browndorf PEM, LLC<br>Browndorf Insurance Services<br>100 Bayview Circle, Suite 2060<br>Newport Beach, CA 92660 | Douglas Jacobsen<br>21800 Burbank Blvd.<br>Woodland Hills, CA 91365 |
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | Jack Cornman<br>Cornman & Swartz<br>19800 McArthur Blvd., Ste 800<br>Irvine, CA 92612 |
| Browndorf PEM, LLC<br>100 Bayview Circle<br>Suite 2060<br>Newport Beach, CA 92660 | Labor Board-Xiaohua Genest<br>605 West Santa Ana Blvd.<br>Rm 625, Bldg 28<br>Santa Ana, CA 92701 |
| Browndorf PEM, LLC<br>Browndorf Insurance Services<br>100 Bayview Circle, Suite 2060<br>Newport Beach, CA 92660 | Harmon Kaslow<br>23901 Calabasas Rd., #1078<br>Calabasas, CA 91302 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B6I (Official Form 6I) (12/07)

In re    Matthew C. Browndorf                                    Case
—————————————————————                         ——————————————————
          **Debtor**                                             **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Divorced** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): **Ex-Wife, son, son** | AGE(S): **12, 8** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Attorney/Ins. Agent | |
| Name of Employer | Browndorf Legal | |
| How long employed | | |
| Address of Employer | New York, NY 10005 | N.A. |
| | Diverse Financial, NB, CA | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ N.A. |
| 2. | Estimated monthly overtime | $ 0.00 | $ N.A. |
| 3. | SUBTOTAL | $ 0.00 | $ N.A. |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 0.00 | $ N.A. |
| | b. Insurance | $ 0.00 | $ N.A. |
| | c. Union Dues | $ 0.00 | $ N.A. |
| | d. Other (Specify: _____) | $ 0.00 | $ N.A. |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N.A. |
| 6.. | TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ N.A. |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 20,000.00 | $ N.A. |
| 8. | Income from real property | $ 0.00 | $ N.A. |
| 9. | Interest and dividends | $ 0.00 | $ N.A. |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ N.A. |
| 11. | Social security or other government assistance ( Specify) | $ 0.00 | $ N.A. |
| 12. | Pension or retirement income | $ 0.00 | $ N.A. |
| 13. | Other monthly income _____ (Specify) _____ | $ 0.00 | $ N.A. |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 20,000.00 | $ N.A. |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 20,000.00 | $ N.A. |
| 16. | COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15) | $ 20,000.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Income from business is estimated and projected,
—————————————————————————————————————————
—————————————————————————————————————————
—————————————————————————————————————————

*Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter*

In re   Matthew C. Browndorf
_____          Case No. _____
                    **Debtor**                                                                              **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 3,950.00 |
| a. Are real estate taxes included? | Yes _____ No __✓__ | |
| b. Is property insurance included? | Yes _____ No __✓__ | |
| 2. Utilities: a. Electricity and heating fuel | | $ 250.00 |
| b. Water and sewer | | $ 0.00 |
| c. Telephone | | $ 380.00 |
| d. Other   Garbage, Security, Cable | | $ 305.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 0.00 |
| 4. Food | | $ 1,000.00 |
| 5. Clothing | | $ 200.00 |
| 6. Laundry and dry cleaning | | $ 200.00 |
| 7. Medical and dental expenses | | $ 300.00 |
| 8. Transportation (not including car payments) | | $ 1,000.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 175.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 115.00 |
| b. Life | | $ 35.00 |
| c. Health | | $ 350.00 |
| d. Auto | | $ 200.00 |
| e. Other   Earthquake Ins. | | $ 100.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   Income tax | | $ 5,662.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 500.00 |
| b. Other   Auto #2 | | $ 200.00 |
| c. Other   Childcare | | $ 3,000.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 3,500.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other   Gifts, Grooming | | $ 150.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | | $ 21,572.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

None
_____
_____
_____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 20,000.00 |
| b. Average monthly expenses from Line 18 above | $ 21,572.00 |
| c. Monthly net income (a. minus b.) | $ -1,572.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

Matthew C. Browndorf

In re _____        Case No. _____
    **Debtor**                                                        **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 44 _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date   1/26/11 _____        Signature:   /s/ Matthew C. Browndorf _____
                                                                        Debtor:


Date _____        Signature:   Not Applicable _____
                                                                (Joint Debtor, if any)

                                        [If joint case, both spouses must sign.]

------------------------------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

        I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____              _____
Printed or Typed Name and Title, if any,                            Social Security No.
of Bankruptcy Petition Preparer                                    *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner
who signs this document.*

_____

_____
Address

X _____              _____
        Signature of Bankruptcy Petition Preparer                                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110;
18 U.S.C. § 156.*

------------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.


Date _____        Signature: _____

                                                    _____
                                                    [Print or type name of individual signing on behalf of debtor.]

        *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

------------------------------------------------------------------------------------------------------------------------
        *Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In Re __Matthew C. Browndorf_____    Case No. _____
                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2010 | $~12,000 | Gross income; net is ~ $5,000 |
| 2010 | $~60,000 | Earnings |
| 2009 | $~60,000 | Earnings |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

**2.  Income other than from employment or operation of business**

None

☒         State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                     SOURCE

**3.  Payments to creditors**

None

☐         *Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Douglas Jacobsen<br>21800 Burbank Blvd.<br>Woodland Hills, CA 91365 | 10/25/2010 | $54,000 - see Transf275,000.00 | 275,000.00 |

None

☒         *b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*)  any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative   repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☒

*c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

☐

a.      List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Cohen Tauber Spevack and Wagner, LLP, v. Carlton Carrera, LLC, Matthew Browndorf, et al. Case No. 07 Civ. 2356 (TPG)(THK) | Complaint | United States District Court Southern District of New York | Pending |
| Bradberry vs. Browndorf | Unlawful detainer | Superior Court of California Harbor Justice Center | Judgment entered |
| Drake Beam Morin, Inc. vs. Browndorf, Browndorf PEM,LLC et. al 30-2010-00422270 | Breach of lease | OCSC Central | Pending |

None  b.    Describe all property that has been attached, garnished or seized under any legal or equitable process
☒    within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter
12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5.    Repossessions, foreclosures and returns**

None      List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a
☒    deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement
of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.  Assignments and Receiverships**

None  a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately
☒    preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include
any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None  b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒    one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or
chapter 13 must include information concerning property of either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None    List all gifts or charitable contributions made within one year immediately preceding the commencement of
☒      this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual
       family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing
       under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a
       joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒      commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12
       or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the
       spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including
☐      attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a
       petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Halli B. Heston, Esq. Heston & Heston, Attorneys At Law 19700 Fairchild Road Suite 200 Irvine, CA 92612 | 11/12/10 | $3,650 (includes filing fee) |

**10.  Other transfers**

None  a.    List all other property, other than property transferred in the ordinary course of the business or financial
☐       affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the
        commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by
        either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
        is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Douglas Jacobsen 21800 Burbank Blvd. Woodland Hills, CA 91365 Relationship: None | 10/25/2010 | Rebated insurance commissions $54,000.  Mr. Jacobsen placed insurance with the Debtor on the promise that $54,000 of the premiums would be rebated and applied towards debt owing. |

b.    List all property transferred by the debtor within ten years immediately preceding the commencement of this
      case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None      List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor
☐         which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of
          this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;
          shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage
          houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include
          information concerning accounts or instruments held by either or both spouses whether or not a joint petition is
          filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Bank of America | 11018-70950 10202-42314 11012-679-22 Business accounts: 1101167432 1101167395 1101270712 1101570829 1101167418 Closing Balance: 0 | May, 2010 |
| TD Bank | 37-4130375 Business account: 373926443 Closing Balance: 0 | August, 2010 |

| NAME AND<br>ADDRESS<br>OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND<br>DATE OF SALE<br>OR CLOSING |
|---|---|---|
| Western Commercial<br>Bank | 15001449<br>15001464<br>15001456<br>Business accounts:<br>010003820<br>010003804<br>010003855<br>010003846<br>010003838<br>010003812<br>Closing Balance: 0 | May, 2010 |

---

**12.  Safe deposit boxes**

None  ⊠

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.     (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF<br>THOSE WITH ACCESS TO BOX<br>OR DEPOSITORY | DESCRIPTION OF<br>CONTENTS | DATE OF<br>TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

---

**13.  Setoffs**

None  ⊠

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE<br>OF<br>SETOFF | AMOUNT<br>OF<br>SETOFF |
|---|---|---|

---

**14.  Property held for another person**

None  ⊠

List all property owned by another person that the debtor holds or controls.

| NAME AND<br>ADDRESS OF OWNER | DESCRIPTION AND<br>VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None  ☐

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 82 Passage<br>Irvine, CA | Matthew Browndorf | 7/2007 to 8/2010 |

**16.  Spouses and Former Spouses**

None  ☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Stacey Shaw

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None  ☒

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME<br>AND ADDRESS | NAME AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18. Nature, location and name of business**

None
☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time  within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| Browndorf PEM, LLC | 36-4495865 | 100 Bayview Circle Suite 2060 Newport Beach, CA 92660 | Private Equity  - Registered Investment Advisor | 2/2007 to 5/2010 |
| Browndorf Insurance Services, LLC | 36-4495865 | 100 Bayview Circle Suite 2060 Newport Beach, CA 92660 | Insurance Agency | 4/2009 to 6/2010 |
| Browndorf Financial Services Company | 36-4495865 | 100 Bayview Circle Suite 2060 Newport Beach, CA 92660 | Financial Services | 7/2008 to 6/2010 |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None

☒

NAME                                                                    ADDRESS

## [Questions 19 - 25 are not applicable to this case]

\*    \*    \*    \*    \*    \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    1/26/11                          Signature    /s/ Matthew C. Browndorf
                                         of Debtor
                                                     MATTHEW C. BROWNDORF

_____0_____ continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
### Central District of California

Matthew C. Browndorf

In re _____ ,    Case No. _____
Debtor                                                        Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate.  *(Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)*

---

Property No.  1

| **Creditor's Name:**<br>Saxon Mortgage | **Describe Property Securing Debt:**<br>Real Property |
|---|---|

Property will be *(check one)*:

☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☐ Reaffirm the debt
☑ Other.  Explain <u>retain, keep current</u> _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

☐ Claimed as exempt          ☑ Not claimed as exempt

---

Property No. 2  *(if necessary)*

| **Creditor's Name:**<br>National City Mortgage | **Describe Property Securing Debt:**<br>Real Property |
|---|---|

Property will be *(check one)*:

☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☐ Reaffirm the debt
☑ Other.  Explain <u>retain, keep current</u> _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

☐ Claimed as exempt          ☑ Not claimed as exempt

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B8 (Official Form 8) (12/08)                                                                                    Page 2

**PART B** - Personal property subject to unexpired leases.  *(All three columns of Part B must be completed for Each unexpired lease.  Attach additional pages if necessary.)*

| Property No. 1    NO Leased Property | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES        ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES        ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES        ☐ NO |

___1___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: 1/26/11 _____             /s/ Matthew C. Browndorf _____
                                                          Signature of Debtor


                                                          _____
                                                          Signature of Joint Debtor

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B8 (Official Form8)(12/08)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A**   - Continuation

---

Property No: 3

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Beneficial Mortgage | Real Property |

Property will be   *(check one):*

☐ Surrendered      ☑ Retained

If retaining the property, I intend to   *(check at least one):*

☐ Redeem the property

☐ Reaffirm the debt

☑ Other.  Explain ___retain, keep current_____   (for example, avoid lien using 11 U.S.C.§522(f)).

Property is   *(check one):*
☐ Claimed as exempt                    ☑ Not claimed as exempt

---

Property No: 4

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Santander Consumer | 2006 BMW 750il with approx. 65,000 miles |

Property will be   *(check one):*

☐ Surrendered      ☑ Retained

If retaining the property, I intend to   *(check at least one):*

☐ Redeem the property

☑ Reaffirm the debt

☐ Other.  Explain _____   (for example, avoid lien using 11 U.S.C.§522(f)).

Property is   *(check one):*
☑ Claimed as exempt                    ☐ Not claimed as exempt

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B203
12/94

# United States Bankruptcy Court
### Central District of California

In re  Matthew C. Browndorf

Case No. _____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s)
    and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services
    rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

    For legal services, I have agreed to accept ..........................…………………………… $ ___3,500.00___

    Prior to the filing of this statement I have received ........……………................. $ ___3,351.00___

    Balance Due ............................................…………………………………................. $ ____149.00____

2.  The source of compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and
    associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates
    of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the
debtor(s) in the bankruptcy proceeding.

| | |
|---|---|
| 1/26/11 | /s/ Halli B. Heston, Esq. |
| *Date* | *Signature of Attorney* |
| | Heston & Heston, Attorneys At Law |
| | *Name of law firm* |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| HALLI B. HESTON, ESQ.<br>HESTON & HESTON, Attorneys at Law<br>19700 Fairchild Road<br>Suite 200<br>Irvine, California 92612-2528<br>(949) 222-1041<br>(949) 222-1043<br>90737<br>*Attorney for* Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re: MATTHEW CHARLES BROWNDORF | CHAPTER 7<br><br>CASE NUMBER |
| Debtor. | (No Hearing Required) |

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1.  I am the attorney for the Debtor in the above-captioned bankruptcy case.

2.  On *(specify date)* November 12, 2010_____, I agreed with the Debtor that for a fee of $ 3,500_____, I would provide only the following services:

    a. [X] Prepare and file the Petition and Schedules

    b. [X] Represent the Debtor at the 341(a) Meeting

    c. [ ] Represent the Debtor in any relief from stay actions

    d. [ ] Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727

    e. [ ] Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523

    f. [ ] Other *(specify)*:

3.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated: 1/26/11

I HEREBY APPROVE THE ABOVE:

HESTON & HESTON, Attorneys at Law
*Law Firm Name*

By: /s/ Halli B. Heston

/s/ Matthew C Browndorf
*Signature of Debtor*
MATTHEW CHARLES BROWNDORF

Name: HALLI B. HESTON, ESQ.
*Attorney for Debtor*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    F 2090-1.1
F209011

February 2006

2006 USBC Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re  MATTHEW CHARLES BROWNDORF

CHAPTER: 7

Debtor(s).

CASE NO.:

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, <u>MATTHEW CHARLES BROWNDORF</u>, the debtor in this case, declare under penalty
*(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☒ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____, the debtor in this case, declare under penalty of
*(Print Name of Joint Debtor, if any)*

perjury under the laws of the United States of America that:

☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date  1/26/11

Signature  /s/ Matthew C Browndorf
*Debtor*
MATTHEW CHARLES BROWNDORF

Date  _____

Signature  _____
*Joint Debtor (if any)*

CCD-521

B22A (Official Form 22A) (Chapter 7) (12/10)

In re Matthew C. Browndorf
_____
Debtor(s)

Case Number: _____
(If known)

According to the information required to be entered on this statement
(check one box as directed in Part I, III, or VI of this statement):
☐ **The presumption arises.**
☑ **The presumption does not arise.**
☐ **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
## AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by §707(b)(2)(C).

| Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|

| | |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☑ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity**. Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>    ☐ I remain on active duty /or/<br>    ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>OR<br><br>b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>    ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B22A (Official Form 22A) (Chapter 7) (12/10)

2

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

| | Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B (Spouse's Income) for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $           N.A. | $           N.A. |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><table><tr><td>a.</td><td>Gross receipts</td><td>$           N.A.</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$           N.A.</td></tr><tr><td>c.</td><td>Business income</td><td>Subtract Line b from Line a</td></tr></table> | $           N.A. | $           N.A. |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><table><tr><td>a.</td><td>Gross receipts</td><td>$           N.A.</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$           N.A.</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td>Subtract Line b from Line a</td></tr></table> | $           N.A. | $           N.A. |
| 6 | **Interest, dividends and royalties.** | $           N.A. | $           N.A. |
| 7 | **Pension and retirement income.** | $           N.A. | $           N.A. |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; If a payment is listged in Column A, do not report that payment in Column B. | $           N.A. | $           N.A. |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><table><tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor $   N.A.</td><td>Spouse $   N.A.</td></tr></table> | $           N.A. | $           N.A. |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|
| | a. | $    N.A. | |
| | b. | $    N.A. | |
| | Total and enter on Line 10 | $    N.A. | $    N.A. |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $    N.A. | $    N.A. |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $    N.A. | |

| | **Part III. APPLICATION OF § 707(b)(7) EXCLUSION** | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $    N.A. |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence: __California__  b. Enter debtor's household size: ___1___ | $47,234.00 |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br><br>☑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the "The presumption does not arise" box at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br><br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI and VII of this statement only if required. (See Line 15.)**

| | **Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)** | |
|---|---|---|
| 16 | **Enter the amount from Line 12.** | $    N.A. |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |
| | a. | $ |  |
| | b. | $ |  |
| | c. | $ |  |
| | Total and enter on Line 17. | $    N.A. |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $    N.A. |

B22A (Official Form 22A) (Chapter 7) (12/10)

4

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

| | Part V. CALCULATION OF DEDUCTIONS FROM INCOME | | |
|---|---|---|---|
| | **Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)** | | |
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of person is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ | N.A. |
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | $ | N.A. |

| Persons under 65 years of age | | | Persons 65 years of age or older | | |
|---|---|---|---|---|---|
| a1. | Allowance per person | N.A. | a2. | Allowance per person | N.A. |
| b1. | Number of persons | N.A. | b2. | Number of persons | |
| c1. | Subtotal | N.A. | c2. | Subtotal | N.A. |

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ | N.A. |
|---|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | $ | N.A. |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | N.A. |
|---|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ | N.A. |
| c. | Net mortgage/rental expense | Subtract Line b from Line a | |

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below:<br><br>_____<br>_____<br>_____ | $ | N.A. |
|---|---|---|---|

B22A (Official Form 22A) (Chapter 7) (12/10)                                                                        5

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0  ☐ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation.  If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $          N.A. |
|---|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation.  (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $          N.A. |

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1  ☐ 2 or more.<br><br>Enter, in Line below, the "Ownership Costs" for "One Car" from the IRS Local Standards:  Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23.  **Do not enter an amount less than zero.** | |
|---|---|---|

| a. | IRS Transportation Standards, Ownership Costs | $          N.A. | |
|---|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $          N.A. | |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $          N.A. |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line below, the "Ownership Costs" for "One Car" from the IRS Local Standards:  Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24.  **Do not enter an amount less than zero.** | |
|---|---|---|

| a. | IRS Transportation Standards, Ownership Costs | $          N.A. | |
|---|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $          N.A. | |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $          N.A. |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $          N.A. |
|---|---|---|
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $          N.A. |
| 27 | **Other Necessary Expenses: life insurance.**  Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $          N.A. |
| 28 | **Other Necessary Expenses: court-ordered payments.**  Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments.  **Do not include payments on past due obligations included in Line 44.** | $          N.A. |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

| | | | |
|---|---|---|---|
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ | N.A. |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ | N.A. |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ | N.A. |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service—such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ | N.A. |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32 | $ | N.A. |

| | |
|---|---|
| **Subpart B: Additional Living Expense Deductions**<br>**Note: Do not include any expenses that you have listed in Lines 19-32.** | |

| | | | | |
|---|---|---|---|---|
| 34 | **Health Insurance, Disability Insurance and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | | | |
| | a. | Health Insurance | $ | N.A. |
| | b. | Disability Insurance | $ | N.A. |
| | c. | Health Savings Account | $ | N.A. |
| | Total and enter on Line 34. | | $ | N.A. |
| | **If you do not actually expend this total amount,** state your actual average expenditures in the space below:<br>   $ _____ N.A. _____ | | | |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | | $ | N.A. |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | | $ | N.A. |
| 37 | **Home energy costs** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | | $ | N.A. |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | | $ | N.A. |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B22A (Official Form 22A) (Chapter 7) (12/10)

7

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court**.) You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | N.A. |
|---|---|---|---|
| 40 | **Continued charitable contributions.**   Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170 (c)(1)-(2) | $ | N.A. |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | $ | N.A. |

## Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page.  Enter the total Average Monthly payments on Line 42. | | |
|---|---|---|---|

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no |
| b. | | | $ | ☐ yes ☐ no |
| c. | | | $ | ☐ yes ☐ no |
| | | | Total: Add Lines a, b and c | |

| | | | $ | N.A. |
|---|---|---|---|---|

| 43 | **Other payments on secured claims.** If any of the debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | | |
|---|---|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |

| | | | $ | N.A. |
|---|---|---|---|---|

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing.  **Do not include current obligations, such as those set out in Line 28.** | $ | N.A. |
|---|---|---|---|

B22A (Official Form 22A) (Chapter 7) (12/10) - Main

8

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |
|---|---|---|---|
| | a. | Projected average monthly Chapter 13 plan payment. | $         N.A. |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x         N.A. |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b    $         N.A. |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $         N.A. |
|---|---|---|

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $         N.A. |
|---|---|---|

### Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $         N.A. |
|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $         N.A. |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $         N.A. |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $         N.A. |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed. <br><br> ☑ **The amount on Line 51 is less than $7,075\*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. <br><br> ☐ **The amount set forth on Line 51 is more than $11,725\*.** Check the "Presumption arises" box at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI. <br><br> ☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 through 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $         N.A. |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $         N.A. |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed. <br><br> ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. <br><br> ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

### Part VII: ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | | |
|---|---|---|---|

| | | Expense Description | Monthly Amount |
|---|---|---|---|
| | a. | | $         N.A. |
| | b. | | $         N.A. |
| | c. | | $         N.A. |
| | | Total: Add Lines a, b and c | N.A. |

*Amounts are subject to adjustment on 4/1/2013, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

B22A (Official Form 22A) (Chapter 7) (12/10) - Cont.

**9**

| | Part VIII: VERIFICATION |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*<br><br>Date: __1/26/11_____    Signature: ____/s/ Matthew C. Browndorf_____<br>  *(Debtor)*<br><br>Date:_____    Signature: _____<br>  *(Joint Debtor, if any)* |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 31534-302Y-05410 - Acrobat PDFWriter

## Form 22 Continuation Sheet

| Income Month 1 | | | Income Month 2 | | |
|---|---|---|---|---|---|
| Gross wages, salary, tips... | 0.00 | 0.00 | Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 0.00 | 0.00 | Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 | Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 | Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 | Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 | Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 | Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 | Other Income... | 0.00 | 0.00 |

| Income Month 3 | | | Income Month 4 | | |
|---|---|---|---|---|---|
| Gross wages, salary, tips... | 0.00 | 0.00 | Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 0.00 | 0.00 | Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 | Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 | Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 | Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 | Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 | Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 | Other Income... | 0.00 | 0.00 |

| Income Month 5 | | | Income Month 6 | | |
|---|---|---|---|---|---|
| Gross wages, salary, tips... | 0.00 | 0.00 | Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 0.00 | 0.00 | Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 | Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 | Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 | Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 | Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 | Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 | Other Income... | 0.00 | 0.00 |

## Additional Items as Designated, if any

## Remarks

## UNITED STATES BANKRUPTCY COURT
### Central District of California

In re   Matthew C. Browndorf _____ ,
                            Debtor

Case No. _____

Chapter        7 _____

## VERIFICATION OF CREDITOR MATRIX

I do hereby certify under penalty of perjury that the attached Master Mailing List of Creditors, consisting

of 14 pages, is complete, correct and consistent with the debtor's schedules herewith, pursuant to Local

Bankruptcy Rule 105(6).  I assume all responsibility for errors and omissions.


Date    1/26/11 _____        Signature        /s/ Matthew C. Browndorf _____
                                        of Debtor        MATTHEW C. BROWNDORF

Halli B. Heston, Esq.
Heston & Heston,
Attorneys At Law
19700 Fairchild Road
Suite 200
Irvine, CA 92612
(949) 222-1041
(949) 222-1043

Matthew C. Browndorf
61 Fringe Tree
Irvine, CA 92606


Halli B. Heston, Esq.
Heston & Heston, Attorneys At Law
19700 Fairchild Road Suite 200
Irvine, CA 92612


Office of the US Trustee
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701

100 Bayview Riverrock
100 Bayview Circle
Newport Beach, CA 92660


ACS
PO Box 7051Utica, NY  13054-7051


American Collection Systems, Inc.
PO Box 1968
Southgate, MI 48195


Ampco Parking Office
501 Bayview Circle, Box 8
Newport Beach, CA 92660


Andrew Miller
1453 Great Plain Ave
Needham, MA 2497


Anna Zacaddo
Address unknown


August Law Group
19200 Von Karman Ave., Ste 900
Irvine, CA 92612


Bank of America
LTD Financial Services, LP
7322 Southwest Fwy, Ste 1600
Houston, TX 77074


Bank of America
LTD Financial Svcs, LP
7322 Southwest Freeway #1600
Houston, TX 77074


Beneficial Mortgage
PO Box 3425
Buffalo, NY 14240

Betsy Brauer
1808 Whiting Drive
Raleigh, NC 27614


Big Picture Productions, LLC
227 Muirfield Road
Los Angeles, CA 90004



BMW Card Services
PO Box 9210
Old Bethage, NY 11804


Bob Brauer
1808 Whiting Drive
Raleigh, NC 27614


Bob Koe
8860 Chesapeake Ct.
Oak Creek, WI 53154


Bonnie Browndorf
126 Lakeshore Road
Chazy, NY 12921


BPEM
100 Bayview Circle, Ste 2060
Newport Beach, CA 92660


Brett and Rona Harman
506 Mercer Rd
Merion Stat, PA 19066


Browndorf Financial Services Group
100 Bayview Circle
Suite 2060
Newport Beach, CA 92660

Browndorf Financial Services Group
Browndorf Insurance Services
100 Bayview Circle, Suite 2060
Newport Beach, CA 92660


Browndorf PEM, LLC
100 Bayview Circle
Suite 2060
Newport Beach, CA 92660


Browndorf PEM, LLC
Browndorf Insurance Services
100 Bayview Circle, Suite 2060
Newport Beach, CA 92660


Browndorf PEM, LLC
Browndorf Insurance Services, LLC
Browndorf Financial Services Group


Browndorf PEM, LLC
Browndork Insurance Services
100 Bayview Circle, Suite 2060
Newport Beach, CA 92660


Bruce Cameron
211 Escobar Place
San Ramon, CA 94583


Bryan Cave, LLP
1290 Avenue of the Americas
New York, NY 10104-3300


CBE
4 Mason #A
Irvine, CA 92618


Chase
PO Box 94014
Palatine, IL 60094-4014

Christine Mertz
Address unknown


Citi Financial Services
PO Box 70981
Charlotte, NC 28272


Cohen Tauber Spievack and Wagner
420 Lexington Ave., Ste 4200
New York, NY 10170


Cox Business Solutions
29947 Avenida de Las Banderas
RSM, CA 92688


Craig and Amy Deustch
432 East Sedgwick St.
Philadelphia, PA 19144


Custom Logos
7889 Clairmont Mesa Blvd.
San Diego, CA 92111


David Bradburne
18022 Cowan #203c
Irvine, CA 96814


Davidson Advisory Group
10681 Foothill Blvd., Ste 301
Rancho Cucamonga, CA 91730


DBM
c/o Foley & Lardner, LLP
555 S Flower St., Ste 3500
Los Angeles, CA 90071


De Lage
145 Bradford Drive
West Berlin, NJ 08091

Diamond & Diamond, P.A.
225 Milburn Ave., Ste 208
Milburn, NJ 07041


Discover
PO Box 30943
Salt Lake City, UT 84130


Don and Sheila Chaifetz
PO Box 1281
West Hampton, NY 11977


Douglas Jacobsen
21800 Burbank Blvd.
Woodland Hills, CA 91365


Drake Beam Morin, Inc.
c/o Foley & Lardner LLP
555 South Flower Street, Suite 3500
Los Angeles, CA 90071


Dwayne Gross
Address unknown


EDD
PO Box 826880
MIC 04
Sacramento, CA 94280-0001


Emily Miller
1600 North Oak St., Ste 1218
Arlington, VA 22209


ER Solutions, Inc.
800 SW 39th St.
PO Box 9004
Renton, WA 98057

Federal Express
PO Box 7221
Pasadena, CA 91109


First Premier Bank
PO Box 5519
Sioux Falls, SD  57115-5519


Geoffrey and Amanda Mueller
8708 Maplestead Dr
Raleigh, NC 27615


George and Linda Gawf
25831 N Palomino Tr.
Scottsdale, AZ 85255


Greg Seifert
PO Box 32955
Tucson, AZ 85751


Harmon Kaslow
23901 Calabasas Rd., #1078
Calabasas, CA 91302


Hills at Hunterdon Comm Assoc.
c/o Stark & Stark
993 Lenox Drive
Lawrenceville, NJ 08648


HSBC
PO Box 5894
Carol Stream, IL 60197-5894


HSBC
PO Box 60102
City of Industry, CA 91716


Ian and Lisa (Rubisch) Kerner
2 Prince St., Ste 3B
New York, NY 10012

Irv Einhorn
1710 10th Street
Manhattan Beach, CA 90266

Jack Cornman
Cornman & Swartz
19800 McArthur Blvd., Ste 800
Irvine, CA 92612

James O'Toole
1637 Pelham Pkwy North
Bronx, NY 10469

Jamie Speirs
19 Flagstone
Coto de Caza, CA 92679

Jason Martin, Esq.
725 Skippack Pike, Ste 337
Blue Bell, PA 19422

Jason Salazar
LA Sound Gallery
4403 West Magnolia Blvd
Burbank, CA 91505

Jeffrey Chaifetz
4015 Carmel View Rd., Ste 186
San Diego, CA 92130

Jeffrey Rothman
23 Dublin Hill Road
Greenwich, CT 06830

Jennifer Nichols
56 Hummingbird Lane
Laguna Beach, CA 92651

Jonathan Sadowsky
5337 Stonehurst Dr.
Martinez, CA 94553-9724


Joseph and Nina (Chaifetz) Levine
537 North Greenbush Rd.
Blauvelt, NY 10913


Kelly Tretter
92 Corporate Park #C133
Irvine, CA 92606


LA Sound Gallery
4403 West Magnolia blvd.
Burbank, CA 91505


Labor Board, Craig Taggart
605 West Santa Aan Blvd.
RM 625, Bldg 28
Santa Ana, CA 92701


Labor Board, William Kopko
605 West Santa Ana Blvd.
Rm 625, Bldg. 28
Santa Ana, CA 92701


Labor Board-Xiaohua Genest
605 West Santa Ana Blvd.
Rm 625, Bldg 28
Santa Ana, CA 92701


Lake Warren Partnership
Address unknown


Larry Freeman
Address unknown


Law Offices of Steven P. Monaghan
240 Half Mile Road
Red Bank, NJ 07701

Live Office
2780 Skypark Dr., Ste 300
Torrence, CA 90505


Lloyd Hames
Oswald & Yap, LLP
16148 Sand Canyon Ave.
Irvine, CA 92618


Manijeh Nan Kargahi
1638 South Taylor St
Arlington, VA 22204


Marina Bradberry
1861 West Derringer Way
Chandler, AZ 85286


Mark and Debbie Ragusa
1620 Greatwoods Rd
Wake Forest, NC 27587


Matt Salazar
LA Sound Gallery
4403 West Magnolia Blvd
Burbank, CA 91505


Mellon Webster and Shelly
87 North Broad St
Doylestown, PA 18901


Melodie and James Graham
720 Topaz Court
Seneca, SC 29672


Melvin Browndorf
1126 Lakeshore Road
Chazy, NY 12921

Michelle Seward
23822 Valencia Blvd., Ste 203
Valencia, CAC 91355


National Brokerage
6225 N Meeker Place, Ste 100
Boise, ID 83713-1579


National City Mortgage
PO Box 1943
Richmond, IN 47375


NCO  Financial Services
507 Prudential Rd
Horsham, PA 19044


NCR-eRecovery
PO Box 4219
506 Manchester Exp., Ste A-12
Columbus, GA 31914


Opex
PO Box 6498
Carol Stream, IL 60197


Per-Anders Wendin
130 Maple Drive North
Hendersonville, TN 37075


Pete and Jeanne Hubbell
41 Old Post Road N
Red Hook, NY 12571


Peter Hoffman, CEO
6161 Sunset Blvd., Ste 512
Hollywood, CA 90028

Pitney Bowes
c/o Caine & Weber
21210 Erwin St
Woodland Hills, CA 91367


Pradeep Kanojia
c/o Solomon Blum Heymann & Stitch
40 Wall St., 35th Floor
New York, NY 1005


Rachel Rawes
c/o Penglase & Benson Inc.
110 North Main St
Doylestown, PA 18901


Randy Katz
Baker Hostetler
600 Anton Blvd., Ste 900
Costa Mesa, CA 92626


Regus Management Group, LLC
PO Box 842456
Dallas, TX 75284-2456


Robert Feldhake
650 Town Center Drive
Suite 1590
Costa Mesa, CA 92626


Santander Consumer USA
P.O. Box 562088, Suite 900-N
Dallas, TX 75247



Saxon Mortgage
PO Box 161489
Ft. Worth, TX 76161-1489

Shadi Rafat
8 Evensen Lane
Irvine, CA 92603


Shell Credit Card
PO Box 6406
Sioux Falls, SD 57117


Stacey Shaw
610 Monte Vista
Irvine, CA 92602


Steven Deustch
1400 River Road
New Hope, PA 18938


Strategic Asset Management
626 Rexcorp Plaza
Uniondale, NY 11556


Taaaal Media LLC
4403 West Magnolia Blvd.
Burbank, CA 91505


TD Bank
PO Box 1190
Lewistown, ME 04243


Tracey Parker
157 East Pomona St
Philadelphia, PA 19144


Triton Leaf, Greg Leakley, Greg Roper
9660 Chaumont Lane
Charlotte, NC 28277


United Corporate Services
Ten Banks Street, Ste. 560
White Plains, NY 10606

US Bank
800 Nicollet Mall
Minneapolis, MN 55402


Venable LLP
PO Box 630798
Baltimore, MD 21263


Walter and Judith Rothman
24 Dublin Hill Road
Greenwich, CT 06831


Western Commercial Bank
21550 Oxnard Street
Suite 100
Woodland Hills, CA 91367


William Lundy
96 Canopy
Irvine, CA 92603


Wilma Deustch
1400 River Road
New Hope, PA 18938


Winthrop & Weinstine, PA
225 South Sixth St., Ste 3500
Minneapolis, MN 55402


Wright Ford Young & Co.
16140 Sand Canyon Ave.
Irvine, CA 92618