**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/10)

# UNITED STATES BANKRUPTCY COURT    Central District Of California

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on January 26, 2011.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593**

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

| Debtor(s) (name(s) and address):<br>Matthew C. Browndorf<br>61 Fringe Tree<br>Irvine, CA 92606 | **Case Number:**<br>**8:11-bk-11114-TA** |
|---|---|
| All other names used by the Debtor(s) in the last 8 years (include married, maiden and trade names):<br>Debtor: faw Browndorf PEM, LLC, faw Browndorf Insurance Services, LLC, faw Browndorf Financial Services Group<br><br>Joint Debtor: | Last four digits of Social Security or Individual Taxpayer-ID (ITIN) No(s)./Complete EIN:<br>Dbt SSN: xxx-xx-8247 |
| Attorney for Debtor(s) (name and address):<br>Halli B Heston<br>19700 Fairchild Rd Ste 200<br>Irvine, CA 92612<br>Telephone number: 949-222-1041 | Bankruptcy Trustee (name and address):<br>Karen S Naylor (TR)<br>P.O. Box 504<br>Santa Ana, CA 92702-0504<br>Telephone number: (949) 262-1748 |

## Meeting of Creditors

Date: **March 9, 2011**    Time: **10:00 AM**
Location: **411 W Fourth St., Room 3-110, Santa Ana, CA 92701**

## Presumption of Abuse under 11 U.S.C. § 707(b)

See *"Presumption of Abuse"* on the reverse side
The presumption of abuse does not arise.

## Deadlines

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: May 9, 2011**
**Deadline to Object to Exemptions:** Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So

## Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4593<br>Telephone number: 714-338-5300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kathleen J. Campbell |
|---|---|
| Hours Open: 9:00 AM - 4:00 PM | Date: January 26, 2011 |
| **(Form rev. 12/10:341-B9A)** | |

**EXPLANATIONS** B9A (Official Form 9A)(12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. *The trustee is designated to preside at the meeting of creditors. The case is covered by the Chapter 7 blanket bond on file with the Court.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Proof of Debtor Identification (ID) and Proof of Social Security Number (SSN) | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state−issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W−2 form, pay stub, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593** . You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Failure to File a Statement and/or Schedule(s) | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial Section 341(a) meeting of creditors and any continuance thereof, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the Court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section. **SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 411 West Fourth Street, Suite 9041, Santa Ana, CA 92701. |

−− **Refer to Other Side for Important Deadlines and Notices** −−

# CERTIFICATE OF NOTICE

```
District/off: 0973-8          User: hguevarra              Page 1 of 3          Date Rcvd: Jan 26, 2011
Case: 11-11114                Form ID: b9a                 Total Noticed: 119

The following entities were noticed by first class mail on Jan 28, 2011.
 db           +Matthew C. Browndorf,    61 Fringe Tree,    Irvine, CA 92606-4510
 aty          +Halli B Heston,    19700 Fairchild Rd Ste 200,    Irvine, CA 92612-2528
 smg           Employment Development Dept.,     Bankruptcy Group MIC 92E,    P.O. Box 826880,
                Sacramento, CA 94280-0001
28448653      +100 Bayview Riverrock,    100 Bayview Circle,    Newport Beach, CA 92660-2983
28448654       ACS,    PO Box 7051Utica, NY 13054-7051
28448655      +American Collection Systems, Inc.,    PO Box 1968,    Southgate, MI 48195-0968
28448656      +Ampco Parking Office,    501 Bayview Circle, Box 8,    Newport Beach, CA 92660-2946
28448657      +Andrew Miller,    1453 Great Plain Ave,    Needham, MA 02492-1217
28448659      +August Law Group,    19200 Von Karman Ave., Ste 900,    Irvine, CA 92612-8525
28448665      +BMW Card Services,    PO Box 9210,    Old Bethage, NY 11804-9010
28448669      +BPEM,    100 Bayview Circle, Ste 2060,    Newport Beach, CA 92660-2925
28448660      +Bank of America,    LTD Financial Services, LP,    7322 Southwest Fwy, Ste 1600,
                Houston, TX 77074-2053
28448661      +Bank of America,    LTD Financial Svcs, LP,    7322 Southwest Freeway #1600,
                Houston, TX 77074-2053
28448662      +Beneficial Mortgage,    PO Box 3425,    Buffalo, NY 14240-3425
28448663      +Betsy Brauer,    1808 Whiting Drive,    Raleigh, NC 27614-7735
28448664      +Big Picture Productions, LLC,    227 Muirfield Road,    Los Angeles, CA 90004-3730
28448666      +Bob Brauer,    1808 Whiting Drive,    Raleigh, NC 27614-7735
28448667      +Bob Koe,    8860 Chesapeake Ct.,    Oak Creek, WI 53154-3759
28448668       Bonnie Browndorf,    126 Lakeshore Road,    Chazy, NY 12921
28448670      +Brett and Rona Harman,    506 Mercer Rd,    Merion Stat, PA 19066-1016
28448671      +Browndorf Financial Services Group,    100 Bayview Circle,    Suite 2060,
                Newport Beach, CA 92660-2925
28448672      +Browndorf Financial Services Group,    Browndorf Insurance Services,
                100 Bayview Circle, Suite 2060,    Newport Beach, CA 92660-2925
28448673      +Browndorf PEM, LLC,    100 Bayview Circle,    Suite 2060,    Newport Beach, CA 92660-2925
28448674      +Browndorf PEM, LLC,    Browndorf Insurance Services,    100 Bayview Circle, Suite 2060,
                Newport Beach, CA 92660-2925
28448676      +Browndorf PEM, LLC,    Browndork Insurance Services,    100 Bayview Circle, Suite 2060,
                Newport Beach, CA 92660-2925
28448677      +Bruce Cameron,    211 Escobar Place,    San Ramon, CA 94583-2603
28448678      +Bryan Cave, LLP,    1290 Avenue of the Americas,    New York, NY 10104-0101
28448679      +CBE,    4 Mason #A,    Irvine, CA 92618-2554
28448682       Citi Financial Services,    PO Box 70981,    Charlotte, NC 28272
28448683      +Cohen Tauber Spievack and Wagner,    420 Lexington Ave., Ste 4200,    New York, NY 10170-0002
28448684      +Cox Business Solutions,    29947 Avenida de Las Banderas,    RSM, CA 92688-2167
28448685      +Craig and Amy Deustch,    432 East Sedgwick St.,    Philadelphia, PA 19119-1306
28448686      +Custom Logos,    7889 Clairmont Mesa Blvd.,    San Diego, CA 92111-1618
28448689      +DBM,    c/o Foley & Lardner, LLP,    555 S Flower St., Ste 3500,    Los Angeles, CA 90071-2411
28448687      +David Bradburne,    18022 Cowan #203c,    Irvine, CA 92614-6814
28448688      +Davidson Advisory Group,    10681 Foothill Blvd., Ste 301,    Rancho Cucamonga, CA 91730-3832
28448690      +De Lage,    145 Bradford Drive,    West Berlin, NJ 08091-9269
28448691      +Diamond & Diamond, P.A.,    225 Milburn Ave., Ste 208,    Milburn, NJ 07041-1712
28448693       Don and Sheila Chaifetz,    PO Box 1281,    West Hampton, NY 11977
28448694      +Douglas Jacobsen,    21800 Burbank Blvd.,    Woodland Hills, CA 91367-6470
28448695      +Drake Beam Morin, Inc.,    c/o Foley & Lardner LLP,    555 South Flower Street, Suite 3500,
                Los Angeles, CA 90071-2411
28448697       EDD,    PO Box 826880,    MIC 04,    Sacramento, CA 94280-0001
28448699      +ER Solutions, Inc.,    800 SW 39th St.,    PO Box 9004,    Renton, WA 98057-9004
28448698      +Emily Miller,    1600 North Oak St., Ste 1218,    Arlington, VA 22209-2767
28448700      +Federal Express,    PO Box 7221,    Pasadena, CA 91109-7321
28448702      +Geoffrey and Amanda Mueller,    8708 Maplestead Dr,    Raleigh, NC 27615-4162
28448703      +George and Linda Gawf,    25831 N Palomino Tr.,    Scottsdale, AZ 85255-1499
28448704      +Greg Seifert,    PO Box 32955,    Tucson, AZ 85751-2955
28448707       HSBC,    PO Box 5894,    Carol Stream, IL 60197-5894
28448705      +Harmon Kaslow,    23901 Calabasas Rd., #1078,    Calabasas, CA 91302-3305
28448706      +Hills at Hunterdon Comm Assoc.,    c/o Stark & Stark,    993 Lenox Drive,
                Lawrenceville, NJ 08648-2316
28448709      +Ian and Lisa (Rubisch) Kerner,    2 Prince St., Ste 3B,    New York, NY 10012-3586
28448710      +Irv Einhorn,    1710 10th Street,    Manhattan Beach, CA 90266-6206
28448711      +Jack Cornman,    Cornman & Swartz,    19800 McArthur Blvd., Ste 800,    Irvine, CA 92612-2427
28448712      +James O'Toole,    1637 Pelham Pkwy North,    Bronx, NY 10469-6407
28448713      +Jamie Speirs,    19 Flagstone,    Coto de Caza, CA 92679-5207
28448714      +Jason Martin, Esq.,    725 Skippack Pike, Ste 337,    Blue Bell, PA 19422-1749
28448715      +Jason Salazar,    LA Sound Gallery,    4403 West Magnolia Blvd,    Burbank, CA 91505-2730
28448716      +Jeffrey Chaifetz,    4015 Carmel View Rd., Ste 186,    San Diego, CA 92130-2365
28448717      +Jeffrey Rothman,    23 Dublin Hill Road,    Greenwich, CT 06830-4023
28448718      +Jennifer Nichols,    56 Hummingbird Lane,    Laguna Beach, CA 92656-1222
28448719       Jonathan Sadowsky,    5337 Stonehurst Dr.,    Martinez, CA 94553-9724
28448720      +Joseph and Nina (Chaifetz) Levine,    537 North Greenbush Rd.,    Blauvelt, NY 10913-1159
28448721      +Kelly Tretter,    92 Corporate Park #C133,    Irvine, CA 92606-5146
28448722      +LA Sound Gallery,    4403 West Magnolia blvd.,    Burbank, CA 91505-2730
28448723       Labor Board, Craig Taggart,    605 West Santa Aan Blvd.,    RM 625, Bldg 28,    Santa Ana, CA 92701
28448724       Labor Board, William Kopko,    605 West Santa Ana Blvd.,    Rm 625, Bldg. 28,    Santa Ana, CA 92701
28448725       Labor Board-Xiaohua Genest,    605 West Santa Ana Blvd.,    Rm 625, Bldg. 28,    Santa Ana, CA 92701
28448728      +Law Offices of Steven P. Monaghan,    240 Half Mile Road,    Red Bank, NJ 07701-5693
28448729      +Live Office,    2780 Skypark Dr., Ste 300,    Torrence, CA 90505-7518
28448730      +Lloyd Hames,    Oswald & Yap, LLP,    16148 Sand Canyon Ave.,    Irvine, CA 92618-3715
28448731      +Manijeh Nan Kargahi,    1638 South Taylor St,    Arlington, VA 22204-4021
28448732      +Marina Bradberry,    1861 West Derringer Way,    Chandler, AZ 85286-0931
28448733      +Mark and Debbie Ragusa,    1620 Greatwoods Rd,    Wake Forest, NC 27587-5773
```

```
District/off: 0973-8          User: hguevarra           Page 2 of 3                   Date Rcvd: Jan 26, 2011
Case: 11-11114                Form ID: b9a              Total Noticed: 119

28448734     +Matt Salazar,   LA Sound Gallery,   4403 West Magnolia Blvd,   Burbank, CA 91505-2730
28448735     +Mellon Webster and Shelly,   87 North Broad St,   Doylestown, PA 18901-3743
28448736      Melodie and James Graham,   720 Topaz Court,   Seneca, SC 29672
28448737     +Melvin Browndorf,   1126 Lakeshore Road,   Chazy, NY 12921-1905
28448738     +Michelle Seward,   23822 Valencia Blvd., Ste 203,   Valencia, CAC 91355-5344
28448741     +NCO Financial Services,   507 Prudential Rd,   Horsham, PA 19044-2368
28448742     +NCR-eRecovery,   PO Box 4219,   506 Manchester Exp., Ste A-12,   Columbus, GA 31904-6482
28448739      National Brokerage,   6225 N Meeker Place, Ste 100,   Boise, ID 83713-1579
28448740     +National City Mortgage,   PO Box 1943,   Richmond, IN 47375-1943
28448743     +Opex,   PO Box 6498,   Carol Stream, IL 60197-6498
28448744     +Per-Anders Wendin,   130 Maple Drive North,   Hendersonville, TN 37075-2585
28448745     +Pete and Jeanne Hubbell,   41 Old Post Road N,   Red Hook, NY 12571-2261
28448746      Peter Hoffman, CEO,   6161 Sunset Blvd., Ste 512,   Hollywood, CA 90028
28448747     +Pitney Bowes,   c/o Caine & Weber,   21210 Erwin St,   Woodland Hills, CA 91367-3714
28448748     +Pradeep Kanojia,   c/o Solomon Blum Heymann & Stitch,   40 Wall St., 35th Floor,
               New York, NY 10005-1324
28448749     +Rachel Rawes,   c/o Penglase & Benson Inc.,   110 North Main St,   Doylestown, PA 18901-3711
28448750     +Randy Katz,   Baker Hostetler,   600 Anton Blvd., Ste 900,   Costa Mesa, CA 92626-7193
28448751      Regus Management Group, LLC,   PO Box 842456,   Dallas, TX 75284-2456
28448752     +Robert Feldhake,   650 Town Center Drive,   Suite 1590,   Costa Mesa, CA 92626-7025
28448753     +Santander Consumer USA,   P.O. Box 562088, Suite 900-N,   Dallas, TX 75356-2088
28448754      Saxon Mortgage,   PO Box 161489,   Ft. Worth, TX 76161-1489
28448755     +Shadi Rafat,   8 Evensen Lane,   Irvine, CA 92602-2402
28448756     +Shell Credit Card,   PO Box 6406,   Sioux Falls, SD 57117-6406
28448757     +Stacey Shaw,   610 Monte Vista,   Irvine, CA 92602-2012
28448758     +Steven Deustch,   1400 River Road,   New Hope, PA 18938-9264
28448759     +Strategic Asset Management,   626 Rexcorp Plaza,   Uniondale, NY 11556-0626
28448760     +Taaaal Media LLC,   4403 West Magnolia Blvd.,   Burbank, CA 91505-2730
28448762     +Tracey Parker,   157 East Pomona St,   Philadelphia, PA 19144-1930
28448763     +Triton Leaf, Greg Leakley, Greg Roper,   9660 Chaumont Lane,   Charlotte, NC 28277-2140
28448765     +US Bank,   800 Nicollet Mall,   Minneapolis, MN 55402-2511
28448764     +United Corporate Services,   Ten Banks Street, Ste. 560,   White Plains, NY 10606-1962
28448766     +Venable LLP,   PO Box 630798,   Baltimore, MD 21263-0798
28448767     +Walter and Judith Rothman,   24 Dublin Hill Road,   Greenwich, CT 06830
28448768     +Western Commercial Bank,   21550 Oxnard Street,   Suite 100,   Woodland Hills, CA 91367-7132
28448769     +William Lundy,   96 Canopy,   Irvine, CA 92603-0672
28448770     +Wilma Deustch,   1400 River Road,   New Hope, PA 18938-9264
28448771     +Winthrop & Weinstine, PA,   225 South Sixth St., Ste 3500,   Minneapolis, MN 55402-4629
28448772     +Wright Ford Young & Co.,   16140 Sand Canyon Ave.,   Irvine, CA 92618-3715
The following entities were noticed by electronic transmission on Jan 27, 2011.
tr            EDI: QKSNAYLOR.COM Jan 27 2011 08:43:00       Karen S Naylor (TR),   P.O. Box 504,
               Santa Ana, CA 92702-0504
smg           EDI: EDD.COM Jan 27 2011 08:43:00       Employment Development Dept.,   Bankruptcy Group MIC 92E,
               P.O. Box 826880,   Sacramento, CA 94280-0001
smg           EDI: CALTAX.COM Jan 27 2011 08:38:00       Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,
               Sacramento, CA 95812-2952
28448680      EDI: CHASE.COM Jan 27 2011 08:43:00       Chase,   PO Box 94014,   Palatine, IL 60094-4014
28448692      EDI: DISCOVER.COM Jan 27 2011 08:43:00       Discover,   PO Box 30943,   Salt Lake City, UT 84130
28448701     +EDI: AMINFOFP.COM Jan 27 2011 08:38:00       First Premier Bank,   PO Box 5519,
               Sioux Falls, SD 57117-5519
28448708     +EDI: HFC.COM Jan 27 2011 08:43:00       HSBC,   PO Box 60102,   City of Industry, CA 91716-0102
28448761     +EDI: TDBANKNORTH.COM Jan 27 2011 08:38:00       TD Bank,   PO Box 1190,   Lewistown, ME 04243-1190
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28448658      Anna Zacaddo,   Address unknown
28448675      Browndorf PEM, LLC,   Browndorf Insurance Services, LLC,   Browndorf Financial Services Group
28448681      Christine Mertz,   Address unknown
28448696      Dwayne Gross,   Address unknown
28448726      Lake Warren Partnership,   Address unknown
28448727      Larry Freeman,   Address unknown
                                                                                   TOTALS: 6, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0973-8          User: hguevarra           Page 3 of 3               Date Rcvd: Jan 26, 2011
Case: 11-11114                Form ID: b9a              Total Noticed: 119

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2011**                    **Signature:**    _Joseph Speetjens_