# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Filer's Name: Heston & Heston, Attorneys at Law | Atty Name (if applicable): HALLI B. HESTON, ESQ |
| Street Address: 19700 Fairchild Road, Suite 200 | CA Bar No. (if applicable): 90737 |
| Irvine, CA 92612 | Atty Fax No. (if applicable): (949) 222-1043 |
| Filer's Telephone No.: (949) 222-1041 | |

| | |
|---|---|
| In re: MATTHEW CHARLES BROWNDORF | Case No.: 8:11-bk-11114-TA |
| | Chapter 7 _X_  11 ___  13 ___ |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes _X_    No ___

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ___ B ___ C ___ D ___ E ___ F _X_ G ___ H ___ I ___ J ___

Statement of Social Security Number(s) ___    Statement of Financial Affairs ___

Statement of Intention ___    Other ___

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, MATTHEW CHARLES BROWNDORF, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 3/30/11

_Debtor Signature_
MATTHEW CHARLES BROWNDORF

** FOR COURT USE ONLY **

_Co-Debtor Signature_

** SEE REVERSE SIDE **

B-1008 Revised November 2003                                                                 B-1008

B6F (Official Form 6F) (12/07)

In re  Matthew C. Browndorf                                    Case No.  8:11-bk-11114-TA
            Debtor                                                                  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Holly Dorlon<br>797 Grey Hawk Court<br>Oceanside, CA 92057 | | | Incurred: 2010 | | | | 61,173.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

___ continuation sheets attached    0

Subtotal ▶  $  61,173.00

Total ▶  $  61,173.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Amended*



# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re  Matthew C. Browndorf,
         Debtor

Case No. 8:11-bk-11114-TA

Chapter 7

## VERIFICATION OF CREDITOR MATRIX

I do hereby certify under penalty of perjury that the attached Master Mailing List of Creditors, consisting of 2 pages, is complete, correct and consistent with the debtor's schedules herewith, pursuant to Local Bankruptcy Rule 105(6). I assume all responsibility for errors and omissions.

Date  3/30/11

Signature of Debtor  MATTHEW C. BROWNDORF

Halli B. Heston, Esq.
Heston & Heston,
Attorneys At Law
19700 Fairchild
Road, Suite 200
Irvine, CA 92612
(949) 222-1041
(949) 222-1043

*Amended*

Matthew C. Browndorf
61 Fringe Tree
Irvine, CA 92606


Halli B. Heston, Esq.
Heston & Heston, Attorneys At Law
19700 Fairchild Road, Suite 200
Irvine, CA 92612


Office of the US Trustee
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701-4593

Amended

Holly Dorlon
797 Grey Hawk Court
Oceanside, CA 92057

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: 3/30/2011

LINDSAY KREHBIEL
Print or Type Name

/s/ Lindsay Krehbiel
*Signature*

(SEE ATTACHED MAILING LIST.)

Karen Sue Naylor
Chapter 7 Trustee, Burd & Naylor
200 W. Santa Ana Boulevard, Suite 400
Santa Ana CA 92702-0504

Office of the United States Trustee
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701-4593

Holly Dorlon
797 Grey Hawk Court
Oceanside, CA 92057

Office of the United States Trustee
(SERVED ELECTRONICALLY)

Theodor C. Albert, Judge
United States Bankruptcy Court, Courtroom 5B
411 West Fourth Street, Suite 5085
Santa Ana CA 92701-4593

B-1008 *Revised November 2003*